UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN GREEN,

    Plaintiff,                                      Case No. 2:10-CV-14585
                                                     Hon. Nancy G. Edmunds

v.

SHERMETA, ADAMS & VON ALLMEN, PC,

    Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before this Court on the stipulation of the parties and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

IT IS SO ORDERED.

**This is a final order that closes this case.**

                                                s/Nancy G. Edmunds
                                                Nancy G. Edmunds
                                                United States District Judge

Dated:  August 17, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 17, 2011, by electronic and/or ordinary mail.

                                                  s/Carol A. Hemeyer
                                                Case Manager

Approved by:

| | |
|---|---|
| */s/ Bruce K. Warren* | */s/ Jeffrey S. Hengeveld* |
| Bruce K. Warren | Jeffrey S. Hengeveld (P66029) |
| Attorney for Plaintiff | Attorney for Defendant |

Open.20574.03979.11129446-1